1044

The People of the State of Illinois, Plaintiff-Appellee, *v.* Leo Frazier, Defendant-Appellant.

(No. 11850;

Fourth District—July 10, 1974.

Opinion by Mr. JUSTICE CRAVEN.

Larry P. Cramer, of Urbana, for appellant.

James R. Burgess, Jr., State's Attorney, of Urbana (Thomas L. Knight, Assistant State's Attorney, and Roy E. Clark, Senior Law Student, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLEVE ALDRIDGE, Defendant-Appellant.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY BYERS, Defendant-Appellant.

(Nos. 11923-4 cons.;

Fourth District—July 10, 1974.